**KAYE, ROSE & PARTNERS, LLP**
Edward C. Walton, Esq. (78490)
Frank C. Brucculeri, Esq. (137199)
Daniel F. Berberich, Esq. (215946)
1801 CENTURY PARK EAST, 1500
Los Angeles, California 90067
Telephone: (310) 551-6555
Facsimile: (310) 277-1220
ewalton@kayerose.com
fbrucculeri@kayerose.com
dberberich@kayerose.com

Attorneys for Plaintiff
G. ROBERT TONEY & ASSOCIATES, INC.,
dba NATIONAL LIQUIDATORS.

FILED
CLERK U.S DISTRICT COURT
DEC 28 2009
CENTRAL DISTRICT OF CALIFORNIA
BY SDM  DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| G. ROBERT TONEY & ASSOCIATES, INC., a Florida corporation, dba NATIONAL LIQUIDATORS,,<br><br>Plaintiff,<br><br>v.<br><br>S/V LADYHAWK, also known as S/V ELAINE LOUISE, HIN TYA52026D788, and its sails, engines, apparel, tackle, lifeboats, anchor, chain, equipment and appurtenances, in rem,,<br><br>Defendants. | Case No. SACV08-01263 AG (ANx)<br><br>IN ADMIRALTY<br><br>~~[PROPOSED]~~ FINAL JUDGMENT<br><br>Local Admiralty Rules C.4 & C.5<br>FRCP 55(a) & (b) |

Pursuant to the Order for Entry of Default and Default Judgment entered in this action with respect to the Verified Complaint *In Rem* filed on November 30, 2008:

IT IS ORDERED that Final Judgment is entered in favor of Plaintiff G. ROBERT TONEY & ASSOCIATES, INC., dba NATIONAL LIQUIDATORS ("Plaintiff") and against S/V LADYHAWK, also known as S/V ELAINE LOUISE, HIN TYA52026D788 (the "Vessel"), in the amount of $160,954.95.

Kaye, Rose & Partners LLP

1  This Court previously entered default judgment with respect to the Verified Complaint *In Rem* filed on November 7, 2008, in Plaintiff's favor and against Allen Lee Hawkins, Lynn Hawkins, Kent R. Reukema, and all unknown persons and entities having an interest in the Vessel who have failed to file a claim and Answer herein as required by the Court pursuant to its November 7, 2008 Order.

By way of its Order Granting Interloctory Sale of Vessel and Credit Bid by Plaintiff entered on September 23, 2009, the Court adjudicated that Plaintiff is the only party entitled to assert a valid claim against the Vessel. On November 13, 2009, the U.S. Marshal sold the Vessel through interlocutory sale which resulted in proceeds of $90,000.00 that were thereafter deposited with the Court's registry on December 1, 2009. Since the amount of Plaintiff's lien as noted in the Court's September 23, 2009 Order Granting Interloctory Sale of Vessel and Credit Bid by Plaintiff and in this Final Judgment exceeds the proceeds from the interlocutory sale of the Vessel, and the Marshal has been fully reimbursed his keeper fees and costs of sale including commission from plaintiff's deposit;

IT IS ORDERED that Plaintiff is entitled to the full proceeds from the sale of the Vessel in the amount of $90,000.00, without being subject to any other competing liens or claims.

The Clerk shall immediately enter this Final Judgment.

IT IS SO ORDERED.

DATE: Dec 18, 2009

UNITED STATES DISTRICT COURT JUDGE